Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Attorneys for Plaintiff ANTONIO DIAZ,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSON'S LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 8:16-cv-00257 DSF (JEMx)<br>Honorable Dale S. Fischer<br>Courtroom 840<br><br>**CLASS ACTION**<br><br>**JOINT EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES, REIMBURSEMENT OF COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT; MEMORANDUM OF POINT AND AUTHORITIES**<br><br>Action filed: January 13, 2016<br>Trial Date: September 26, 2017 |

Plaintiff Antonio Diaz, on behalf of himself and all others similarly situated, and Defendant Albertson's LLC apply jointly ex parte for an order to allow the sending of postcards to all class members allowing additional time to object to attorney's fees, reimbursement of costs, and the class representative's enhancement.

The basis of this application is that Federal Rule of Civil Procedure 23(h) requires that class members be allowed an opportunity to object to the fee motion

- 1 -

itself, not merely to the preliminary notice that such a motion will be filed. Because of Class Counsel's calendaring error, Plaintiff's Motion For Final Approval Of Class Action Settlement, Attorney Fees, Costs And Class Representative Enhancement was not filed before the objection deadline. Consequently, class members lacked the opportunity to oppose this motion. Accordingly, the parties seek to cure this scheduling mistake by providing, and notifying class members of, an extended opportunity to object.

Both parties submit this joint ex parte application, obviating the need for a recitation of notice under Local Rule 7-19.1.

This ex parte application is based upon a Memorandum of Points and Authorities, Declaration in Support, the complete files and records in this action, and upon such oral and documentary evidence as may be allowed at the hearing of this motion.

Respectfully submitted,

Dated: February 12, 2018   LAW OFFICES OF KEVIN T. BARNES

By:   */s/ Kevin T. Barnes*
      Kevin T. Barnes, Esq.
      Gregg Lander, Esq.
      Attorneys for Plaintiffs

Dated: February 12, 2018   AKIN GUMP STRAUSS HAUER & FELD LLP

By:   */s/ Gary M. McLaughlin*
      Gary M. McLaughlin
      Jonathan P. Slowik
      Attorneys for Defendant
      ALBERTSON'S LLC

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

- 2 -
**JOINT EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES, REIMBURSEMENT OF COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT**

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. FACTS

On October 31, 2017, the Court issued an Order Granting Preliminary Approval Of Class Action Settlement. (See Docket Entry No. 55.) The Court set a deadline for the mailing of the Class Notice, filing of Plaintiff's Motion For Final Approval, and for objections/opt outs. Plaintiff was supposed to file the Final Approval Motion of Class Settlement and Request for Attorney's Fees and Reimbursement of Costs and Class Representative Enhancement on January 24, 2018. The deadline to postmark objections or opt outs was set for February 5, 2018, and the filing date for Claims Statistics for Final Approval of Class Settlement was February 12, 2018.

Due to Class Counsel's mistake and error, the January 24 date was not calendared and, as a result, Plaintiff did not file the Final Approval Motion of Class Settlement and Request for Attorney's Fees and Reimbursement of Costs and Class Representative Enhancement on January 24, 2018. The Final Approval Motion is being filed simultaneously with this request on February 12, 2018. Because the Final Approval Hearing is not until March 19, 2018, there is adequate time to cure the class members' prior lack of notice and opportunity to object.

## II. ANALYSIS

The case of *In re Mercury Interactive Corp Securities Litigation,* 618 F.3d 988, 993-994 (9th Cir. 2010), states that Federal Rules of Civil Procedure 23(h) requires that class members be allowed an opportunity to object to the fee motion itself, not merely to the preliminary notice that such a motion will be filed.

Based upon Class Counsel's mistake and error, the attorney fee motion here was not filed prior to the objection deadline. Class Counsel is filing the Motion For Final Approval Of Class Action Settlement, Attorney Fees, Costs And Class Representative Enhancement simultaneously to this ex parte application. The parties request that the ex parte application is granted so that postcards can be sent

- 1 -

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES**

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

with the following language:

> *You previously received Notice of Class Action Settlement of this case.*
>
> *Due to Class Counsel's error, the Final Approval Motion of Class Settlement and Request for Attorney's Fees and Reimbursement of Costs and Class Representative Enhancement was not filed on January 24, 2018. This Final Approval Motion was filed on February 12, 2018 and can be examined at any time on the Rust Consulting website for this case (http://www.rustconsulting.com/about/settlement-approvals) and/or during regular business hours at the Office of the Clerk of the United States District Court, Central District of California, located at 350 West 1st St., Los Angeles, CA 90012.*
>
> *You have the right to Object to the requested attorney fees, costs and class representative enhancement. To object to the requested attorney fees, costs or class representative enhancement, you must send your written objection that must state your full name and address and must be signed, dated, completed, and postmarked by_____, 2018 [20 days after mailing], and sent to Albertson's Class Action Settlement c/o Rust Consulting 625 S. Marquette Ave, Minneapolis, MN  55402.*
>
> *Any written objections to the requested attorney fees, costs or class representative enhancement must state each specific reason in support of your objection and any legal support for each objection.*

Upon the grant of this joint application, the postcard can be sent and the new objection deadline will have passed before the date of the March 19, 2018, Final Approval Hearing.  Further, the extended period (proposed to be 20 days from the date the postcard is mailed) will give class members even more time to consider and object to the requested attorney fees, costs or class representative enhancement than they would have if the Final Approval Motion had been filed on January 24, 2018.[1] In other words, the postcard and extended objection period cure the failure

---

[1] If the Motion had been filed on January 24, 2018, class members would have had 12 days (from January 24 until the expiration of the notice period on February 5) to object.

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

- 2 -
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES**

to file the fee motion before the objection deadline as required by *In re Mercury Interactive Corp Securities Litigation,* 618 F.3d 988, 993-994 (9th Cir. 2010).

III.   CONCLUSION

For all the foregoing reasons, the parties request that the Court grant the relief requested by this application.

Respectfully submitted,

Dated: February 12, 2018           LAW OFFICES OF KEVIN T. BARNES

By:   */s/ Kevin T. Barnes*
      Kevin T. Barnes, Esq.
      Gregg Lander, Esq.
      Attorneys for Plaintiffs

Dated: February 12, 2018           AKIN GUMP STRAUSS HAUER & FELD LLP

By:   */s/ Gary M. McLaughlin*
      Gary M. McLaughlin
      Jonathan P. Slowik
      Attorneys for Defendant
      ALBERTSON'S LLC

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

- 3 -
**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF JOINT EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES**