Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Attorneys for Plaintiff ANTONIO DIAZ,
on behalf of himself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIAZ, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>ALBERTSON'S LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>　　　Defendants. | Case No.: 8:16-cv-00257 DSF (JEMx)<br>Honorable Dale S. Fischer<br>Courtroom 840<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KEVIN T. BARNES IN SUPPORT OF EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES, REIMBURSEMENT OF COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT**<br><br>Action filed: January 13, 2016<br>Trial Date: September 26, 2017 |

## DECLARATION OF KEVIN T. BARNES

I, Kevin T. Barnes, declare:

　1. I am an attorney at law licensed to practice before all courts in the State of California and am an attorney at Law Offices of Kevin T. Barnes, counsel of record herein for Plaintiff Antonio Diaz. I have firsthand knowledge of the facts set forth in this declaration and, if called to do so, could testify competently to them.

　2. On October 31, 2017, the Court issued an Order Granting Preliminary Approval Of Class Action Settlement. (See Docket Entry No. 55.) The Court set a

- 1 -

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

**DECLARATION OF KEVIN T. BARNES IN SUPPORT OF JOINT EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES, ETC.**

deadline for the mailing of the Class Notice, filing of Plaintiff's Motion For Final Approval, and for objections/opt outs. Plaintiff was supposed to file the Final Approval Motion of Class Settlement and Request for Attorney's Fees and Reimbursement of Costs and Class Representative Enhancement on January 24, 2018. The deadline to postmark objections or opt outs was set for February 5, 2018, and the filing date for Claims Statistics for Final Approval of Class Settlement was February 12, 2018.

3. Due to Class Counsel's mistake and error, the January 24 date was not calendared and, as a result, Plaintiff did not file the Final Approval Motion of Class Settlement and Request for Attorney's Fees and Reimbursement of Costs and Class Representative Enhancement on January 24, 2018. The Final Approval Motion is being filed simultaneously with this request on February 12, 2018. Because the Final Approval Hearing is not until March 19, 2018, there is adequate time to cure the class members' prior lack of notice and opportunity to object.

4. Attached as Exhibit 1 is a true and correct copy of the proposed postcard to be sent to class members.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 12th day of February, 2018, at Los Angeles, California.

By: */s/ Kevin T. Barnes*
Kevin T. Barnes, Esq.

KEVIN T. BARNES
5670 WILSHIRE
BLVD. SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101

- 2 -
**DECLARATION OF KEVIN T. BARNES IN SUPPORT OF JOINT EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES, ETC.**