# Exhibit 1

# DIAZ V. ALBERTSON'S
# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Case Number: 8:16-cv-00257-DSF-JEM

## NOTICE

You previously received Notice of Class Action Settlement of this case.

Due to Class Counsel's error, the Final Approval Motion of Class Settlement and Request for Attorney's Fees and Reimbursement of Costs and Class Representative Enhancement was not filed on January 24, 2018. This Final Approval Motion was filed on February 12, 2018 and can be examined at any time on the Rust Consulting website for this case (http://www.rustconsulting.com/about/settlement-approvals) and/or during regular business hours at the Office of the Clerk of the United States District Court, Central District of California, located at 350 West 1st St., Los Angeles, CA 90012.

You have the right to Object to the requested attorney fees, costs and class representative enhancement. To object to the requested attorney fees, costs or class representative enhancement, you must send your written objection that must state your full name and address and must be signed, dated, completed, and postmarked by_____, 2018, and sent to Albertson's Class Action Settlement c/o Rust Consulting 625 S. Marquette Ave, Minneapolis, MN 55402.

Any written objections to the requested attorney fees, costs or class representative enhancement must state each specific reason in support of your objection and any legal support for each objection.