**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTONIO DIAZ, on behalf of himself and all others similarly situated,<br><br>　　　Plaintiffs,<br><br>　　v.<br><br>ALBERTSON'S LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>　　　Defendants. | Case No.: 8:16-cv-00257 DSF (JEMx)<br>Honorable Dale S. Fischer<br>Courtroom 7D<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER GRANTING JOINT EX PARTE APPLICATION FOR AN ORDER TO ALLOW SENDING OF POSTCARD TO CLASS MEMBERS ALLOWING ADDITIONAL TIME TO OBJECT TO ATTORNEY'S FEES, REIMBURSEMENT OF COSTS, AND CLASS REPRESENTATIVE ENHANCEMENT**<br><br>Action filed: January 13, 2016 |

Federal Rule of Civil Procedure 23(h) requires that class members be allowed an opportunity to object to the fee motion itself, not merely to the preliminary notice that such a motion will be filed. Because of Class Counsel's calendaring error, Plaintiff's Motion For Final Approval Of Class Action Settlement, Attorney Fees, Costs And Class Representative Enhancement was not filed before the objection deadline. Consequently, class members lacked the opportunity to oppose this motion. Accordingly, the parties seek to cure this scheduling mistake by providing notifying class members of an extended opportunity to object.

Based on the foregoing, **IT IS HEREBY ORDERED THAT:**

1. The ex parte application is granted;
2. Class Counsel shall forthwith cause to be mailed to all Class Members a postcard with the proposed language as appears in the ex parte application with an objection deadline 20 days after the postcard is mailed.

**IT IS SO ORDERED.**

Dated: _____, 2018

_____
Honorable Dale S. Fischer