Kevin T. Barnes, Esq. (#138477)
Gregg Lander, Esq. (#194018)
LAW OFFICES OF KEVIN T. BARNES
5670 Wilshire Boulevard, Suite 1460
Los Angeles, CA 90036-5664
Tel.: (323) 549-9100 / Fax: (323) 549-0101
Email: Barnes@kbarnes.com

Attorneys for Plaintiff ANTONIO DIAZ,
on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO DIAZ, on behalf of himself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALBERTSON'S LLC, a Delaware limited liability company; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: 8:16-cv-00257 DSF (JEMx)<br>Honorable Dale S. Fischer<br>Courtroom 7D<br><br>**CLASS ACTION**<br><br>**SUPPLEMENTAL DECLARATION OF KEVIN T. BARNES IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**<br><br>Date:   March 19, 2018<br>Time:  1:30 p.m.<br>Room:  7D<br><br>Action filed: January 13, 2016 |

## SUPPLEMENTAL DECLARATION OF KEVIN T. BARNES

I, Kevin T. Barnes, declare:

1. I am an attorney licensed to practice before all courts of the State of California. I am counsel for the class action Plaintiff herein and have personal knowledge of the facts thereto. If called as a witness, I could and would competently testify herein.

2. At the Final Approval Hearing on March 19, 2018, the Court approved the settlement (see Document Number 60) and requested Class counsel

- 1 -

provide a copy of each invoice and the cancelled check for payment of each bill for all third party experts/vendors.

3. Attached as Exhibit 1 is the invoice and the cancelled check for JAMS, the mediation company in this case.

4. Attached as Exhibit 2 are the invoices and the cancelled checks for payment of the bills from Berger Consulting Group, an expert consultant who analyzed shift and meal issues on this case based on their review of Defendant's time punch and pay records. Check number 4838 was for $800 and $100 was for payment of invoice number 1395 as verified on the bottom left of the check and check number 4933 was for $950 and $500 was for payment of invoice number 1399 as verified on the bottom left of the check

5. Attached as Exhibit 3 are the invoices and cancelled checks for Phillips, Fractor & Company, an expert economist who assisted Plaintiff on Class Certification and Trial preparation of this case.

6. Attached as Exhibit 4 is the invoice and cancelled checks for Anne Hipshman, a labor expert who assisted Plaintiff on Class Certification of this case.

7. Attached as Exhibit 5 are the invoices and the cancelled checks for Personal Court Reporting, the court reporting company for all deposition bills in this case.

8. Attached as Exhibit 6 are the invoices and the cancelled checks for CPT Group, Inc., the third party administration company who mailed the Belaire letter and Class Notice in this case.

9. I also want to advise the Court that Defendant is going to change its on-duty meal period policy and will provide off-duty meal period to all Pharmacist after this case is fully resolved and Judgment is entered. This is a huge benefit to all current and future employees of Defendant and is another reason the requested attorney fees and class representative enhancement are fair and reasonable.

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 22nd day of March, 2018, at Los Angeles, California.

By: */s/ Kevin T. Barnes*
Kevin T. Barnes, Esq.

Law Offices of
Kevin T. Barnes
5670 Wilshire Blvd.
Suite 1460
Los Angeles, CA
90036-5614
Tel.: (323) 549-9100
Fax: (323) 549-0101
Barnes@kbarnes.com

Case No. 8:16-CV-00257 DSF (JEMx)
**SUPPLEMENTAL DECLARATION OF KEVIN T. BARNES IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, the undersigned, am over the age of 18 years and not a party to this action. My business address is 5670 Wilshire Boulevard, Suite 1460, Los Angeles, CA 90036-5664, which is located in Los Angeles County, where the service herein occurred.

On the date of execution hereof, I caused to be served the following attached document/s:

**SUPPLEMENTAL DECLARATION OF KEVIN T. BARNES IN SUPPORT OF FINAL APPROVAL OF CLASS ACTION SETTLEMENT, ATTORNEY FEES, COSTS AND CLASS REPRESENTATIVE ENHANCEMENT**

on the interested parties in this action, addressed as follows:

*Attorney for Defendants:*

Gary M. McLaughlin, Esq.
Jonathan P. Slowik, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067
Tel.: (310) 229-1000
Fax: (310) 229-1001
Email: GMcLaughlin@akingump.com

using the following service method(s):

**X   VIA ELECTRONIC SERVICE:** The above documents were electronically filed with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to the above interested parties.

I DECLARE under penalty of perjury that the foregoing is true and correct.

Executed on **March 22, 2018**, at Los Angeles, California.

*/s/ Cindy Rivas*
**Cindy Rivas**

LAW OFFICES OF
KEVIN T. BARNES
5670 WILSHIRE BLVD.
SUITE 1460
LOS ANGELES, CA
90036-5614
TEL.: (323) 549-9100
FAX: (323) 549-0101
BARNES@KBARNES.COM